IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROY FLOYD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:08-CV-687-TMH |
| | )              [WO] |
| COVINGTON COUNTY JAIL, *et al.,* | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On November 3, 2008, the Magistrate Judge filed a Report and Recommendation (Doc. 9) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation (Doc. 9) of the Magistrate Judge is ADOPTED;

2. This case be DISMISSED without prejudice for Plaintiff's failures to prosecute this action and comply with the orders of this court.

An appropriate judgment will be entered.

Done this the   3rd    day of December, 2008.


/s/ Truman M. Hobbs
_____
SENIOR UNITED STATES DISTRICT JUDGE